IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY JOSEPH HOLT,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. 23–CV–00723–JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Larry Joseph Holt petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice.

**DATED: April 25, 2023**                MONICA A. STUMP, Clerk of Court
                                         **s/ Tina Gray, Deputy Clerk**


Approved:   s/ J. Phil Gilbert
            **J. PHIL GILBERT
            DISTRICT JUDGE**